[Nos. 28894-6-I; 29020-7-I.   Division One.   May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN P. WILSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH A. GRANT, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 90-1-01038-9, John F. Wilson, J., entered July 19, 1991. *Affirmed* by unpublished opinion per Becker, J., concurred in by Scholfield and Kennedy, JJ.

[Nos. 17484-3-I; 19085-7-I.   Division One.   May 2, 1994.]

COUGAR MOUNTAIN RESIDENTS ASSOCIATION, ET AL, *Appellants*, v. KONG TELEVISION, INC., ET AL, *Respondents*.

Appeals from judgments of the Superior Court for King County, Nos. 85-2-06902-1, 85-2-19883-2, John M. Darrah and Gary M. Little, JJ., entered October 25, 1985, and August 1, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Agid, JJ.

[No. 32237-1-I.   Division One.   May 2, 1994.]

TERESA J. PATTERSON, *Appellant*, v. DIANE H. VILLARUZ, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-11459-5, J. Kathleen Learned, J., entered October 6, 1992. *Reversed* by unpublished opinion per Baker, J., concurred in by Scholfield and Coleman, JJ.